IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERARD JACKSON, Individually and On Behalf of All Others Similarly Situated, | : : : : | No.: 4:18-CV-00146 |
| | : | (Judge Brann) |
| Plaintiff, | : | |
| v. | : : | |
| CONSUMER ADVOCACY CENTER INC. d/b/a PREMIER STUDENT LOAN CENTER, | : : : : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 28th day of June 2018, the parties having filed a joint stipulation of dismissal, ECF No. 21, that they stipulate and agree to the voluntary dismissal of this action, **IT IS HEREBY ORDERED** that this action is dismissed with prejudice, except that the claims of other proposed class members shall be dismissed without prejudice. Each party shall bear its own attorneys' fees and costs except as may otherwise be agreed to by the parties.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge